IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAVID S. ZROWKA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　　　　Defendant. | Cause No. CV 21-61-BMM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALLOW HIS CO-COUNSEL TO ATTEND HEARING BY VIDEO** |

Before the Court is Plaintiff's Unopposed Motion for Leave to Appear by Video. (Doc. 48.) Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's counsel Keith D. Marr and Fredric A. Bremseth may appear by Zoom at the March 14, 2023 hearing. Plaintiff's counsel will contact the Clerk of Court's office for the Zoom link.

DATED this 1st day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court