IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAVID S. ZROWKA,<br><br>    Plaintiff,<br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>    Defendant. | Cause No. CV 21-61-BMM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALLOW COUNSEL FRED BREMSETH TO ATTEND THE MEDIATION REMOTELY BY VIDEO** |

Plaintiff moves for authorization to allow Fredric A. Bremseth, to attend the April 21, 2023, mediation remotely by video. Plaintiff advises that David Zrowka and counsel Keith Marr will attend the mediation in person with ultimate settlement authority. BNSF does not oppose the motion. Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's local counsel, Keith D. Marr, is responsible for Mr. Bremseth's video appearance at the April 21, 2023 mediation.

DATED this 14th day of April, 2023.

_____
John Johnston
United States Magistrate Judge